SM

**RECEIVED**

APR 04 2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Kenneth S. Olugbode
_____

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

C/O Bean
_____

Cook County
_____

_____

_____

_____

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

1:22-cv-01724
Judge John J. Tharp, Jr
Magistrate Judge Heather K. McShain
PC 1
RANDOM

Case No: _____
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

X        **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
         **U.S. Code** (state, county, or municipal defendants)

_____   **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
         **28 SECTION 1331 U.S. Code** (federal defendants)

_____   **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

**I.    Plaintiff(s):**

    A.    Name: Kenneth S. Olugbode

    B.    List all aliases: N/A

    C.    Prisoner identification number: 2020121110

    D.    Place of present confinement: Cook County Jail

    E.    Address: 2700 S. California, Chicago, Il, 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.    Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

    A.    Defendant: Officer Bean

        Title: Cook County C'O

        Place of Employment: Cook County Jail

    B.    Defendant:

        Title:

        Place of Employment:

    C.    Defendant:

        Title;

        Place of Employment:

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

**III.** List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A.   Name of case and docket number:  N/A

B.   Approximate date of filing lawsuit:  N/A

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases:  N/A

D.   List all defendants:  N/A

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county):  N/A

F.   Name of judge to whom case was assigned:  N/A

G.   Basic claim made:  N/A

H.   Disposition of this case (for example:  Was the case dismissed?  Was it appealed? Is it still pending?):  N/A

I.   Approximate date of disposition:  N/AOn

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE.   CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On March 17th 2021 I ws allowed out my cell for the day room in Cook County Jail Division 6-2Q approximately 8:00 a.m. Shortly there after I asked C'o Beam could I see the remote control so I could change the channel on dayroom T.V. He obliged and warned me not to give the remote to any other inmate because inmates could possibly steal the batteries or even worse swallow the batteries. He continued by telling me that I would be held responsible for remote be returned still intacted. Office Bean then walked back into the interlock by his post. I walked to the bathroom to finish brushing my teeth, before I was done I was approached by an inmate who demanded the remote before I could explain why I couldn't give him the remote the inmate forcibly took the remote. I followed him toward the T.V. where officer Bean post was located where as of now Bean had left. When I turned around I ws assaulted by the inmate and knocked briefly unconscious. I was tormented until the next shift. When I was to safely make it off the tier. I couldn't sleep for almost week because the the pain in my jaw and my fractured shoulder bone that was bulled ridden. I was admitted to the psychiatric ward a couple of days later.

Revised 9/2007

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Monetary damages and court fees.

_____

_____

_____

_____

_____

**VI.    The plaintiff demands that the case be tried by a jury.**    ☒ YES    ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this   3   day of   10  , 20 22

*Kenneth Olugbode*

(Signature of plaintiff or plaintiffs)

  Kenneth S Olugbode

(Print name)

  20201211100

(I.D. Number)

_____

_____

  2700 S. California, Chicago IL 60608

(Address)

OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
December 08, 2025

6

04/04/2022-20

Kenneth Olugbode
#2020121II100
Cook County Jail
Div/9/23/2109,
2700 S. California
Chicago, IL
60608

RECEIVED
APR 04 2022 OR
THOMAS G. BRUTON
CLERK, U.S DISTRICT COURT

Prisoner Correspondent
United States District Court
219 S. Dearborn Street
Chicago, IL 60604

SOUTH SUBURBAN IL 604
WED 30 MAR 2022 PM





Oluybode -2N-19